TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ARON KETCHEL
Assistant U.S. Attorney
Arizona State Bar No. 038421
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: aron.ketchel@usdoj.gov
Attorneys for Plaintiff

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
EMILY R. STONE
Trial Attorney
Environmental Crimes Section, U.S. Dept. of Justice
150 M Street, NE
Washington, D.C. 20002
Telephone: 202-305-5681
Email: Emily.Stone2@usdoj.gov

☒ FILED  ☐ LODGED

**Nov 19 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Francisco Antonio Saenz Olivas, <br><br> Defendant. | No. CR 25-01577-PHX-MTL (MTM) <br><br> **I N F O R M A T I O N** <br><br> VIO: 42 U.S.C. § 7413(c)(2)(A); <br> 18 U.S.C. § 2 <br> (Clean Air Act) <br> Count 1 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**BACKGROUND**

At all times relevant to this Superseding Information:

1.   Defendant FRANCISCO ANTONIO SAENZ OLIVAS ("SAENZ"), was a resident of Phoenix, Arizona.

2.   At all times relevant to this Information, defendant SAENZ schemed with, and aided and abetted, others known and unknown to the U.S. Attorney's Office to assist

private vehicles to fraudulently pass Arizona emissions tests by tampering with vehicles' on-board diagnostic systems.

### A. Regulatory Framework

3. The Clean Air Act ("CAA") was enacted by Congress to protect and enhance the quality of the Nation's air resources to promote the public health and welfare. 42 U.S.C. §§ 7401 et seq.

4. To control air pollution from mobiles sources, CAA requires monitoring systems be installed and operated in all modern vehicles and prohibits devices designed to tamper with vehicle monitoring systems.

5. To meet ambient air quality goals, the U.S. Environmental Protection Agency ("EPA") established health-based air quality standards, known as the National Ambient Air Quality Standards ("NAAQS"), which limit the maximum allowable concentrations of criteria pollutants. States must develop and submit to the EPA a plan, known as the State Implementation Plan ("SIP"), setting forth how the state will meet and/or maintain the NAAQS.  40 U.S.C. § 7410; 40 C.F.R. Part 51.

6. The CAA requires vehicle and engine manufacturers to install an on-board diagnostic systems ("OBD") on motor vehicles. *See* 42 U.S.C. § 7521(m)(1); 40 C.F.R. §§ 86.010-18 and 86.1806-17.

7. The CAA made it a crime for any person to knowingly make any false material statements, representations, or certifications in, or omit material information from, or knowingly alter, conceal, or fail to file or maintain any notice, application, record, report, plan, or other document required pursuant to the CAA to be either filed or maintained (whether with respect to the requirements imposed by the EPA Administrator or by a State). 42 U.S.C. § 7413(c)(2)(A).

### B. Arizona's Emissions Testing Protocol

8. To implement the mandated vehicle emissions program under the CAA and the SIP, Arizona, through the Arizona Department of Environmental Quality ("ADEQ"), established the Vehicle Emissions Inspection and Maintenance program. This program

requires owners of some vehicles registered in designated areas of Arizona, including Maricopa County, to bring their vehicles to a licensed facility for emissions testing in order to obtain a registration renewal for that vehicle. These tests are called emissions tests or emissions check inspections. The emissions tests include accessing the vehicle's OBD system.

9. The emissions test in the state of Arizona consists of various tests, depending on the year of the vehicle, and requires the use of specialized equipment. For most vehicles from model years 1996 and later, an OBD test is performed as part of the emissions test. The OBD test involves retrieving information from the vehicle's OBD system, including any "trouble codes." Trouble codes are digital codes that are stored in the vehicle's OBD system when the check engine light comes on in a vehicle. The trouble codes indicate what triggered the check engine light and may include a list of components and/or emission system codes responsible for the fault.

10. During the OBD test, a technician working at the emissions testing facility plugs a testing computer into the vehicle's OBD. When the test is running, the OBD feeds the testing computer specific codes, which indicate whether there are any system faults, such as those with the emissions system in the vehicle. A passing test indicates that there were no "trouble codes" and the emissions system in the vehicle is functioning properly.

11. To "defeat" the OBD test, an OBD Simulator can be installed in a vehicle to simulate an actual OBD system. The OBD Simulator can be programmed with the vehicle's information, such as the Vehicle Identification Number ("VIN"), and can be installed under the steering wheel of the vehicle, where the stock OBD system is located, to conceal the use of an OBD simulator.

12. When such a simulator is secretly installed, an emissions test technician will unwittingly plug into the OBD Simulator rather than the vehicle's actual OBD system. When the test is run, codes are pulled from the OBD Simulator rather than from the OBD system in vehicle, which produces a fraudulently passed emissions test, rather than the true reading from the stock OBD in the vehicle.

**COUNT ONE**

13. The factual allegations in the preceding paragraphs are incorporated by reference and re-alleged as though fully set forth herein.

14. From at least in or about February 2022 and continuing until in or about March 2025, within the District of Arizona, defendant FRANCISCO ANTONIO SAENZ OLIVAS and Individual 1, aiding and abetting each other and others known and unknown to the United States of America, did knowingly make false material statements, representations, or certifications in, or omit material information from, or knowingly alter, conceal, or fail to file or maintain any notice, application, record, report, plan, or other document required pursuant to the CAA to be either filed or maintained with respect to the requirements imposed by the State of Arizona.

In violation of Title 42, United States Code, Section 7413(c)(2)(A) and Title 18, United States Code, Section 2.

Dated this 12th day of November, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*(Digitally signed by ARON KETCHEL, Date: 2025.11.12 08:44:19 -07'00')*

ARON KETCHEL
Assistant U.S. Attorney

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice

EMILY R. STONE
Trial Attorney